**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RODERICK WILLIAMS,

    Plaintiff,

v.                                        Case No: 6:15-cv-1670-Orl-40GJK

STATE OF FLORIDA,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on October 6, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 23, 2015 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Count I of the Complaint is **DISMISSED as frivolous**.

4. The Court **DECLINES to exercise supplemental jurisdiction over Count II**.

5. Count II of the Complaint is **DISMISSED without prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 14, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties